# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Eric Bernard Smith,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:18-cv-00042-FDW |
| | ) | 5:03-cr-00012-FDW |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 27, 2018 Order.

April 27, 2018

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court